### A04A1696. PAYNE et al. v. TERRELL et al.
(629 SE2d 839)

BERNES, Judge.

In *Payne v. Terrell*, 269 Ga. App. 540 (604 SE2d 551) (2004), we reversed the trial court's denial of a permanent injunction sought by the Payne family and held that the Terrells' commercial poultry venture constituted a nuisance as a matter of law at the particular site proposed for the construction of four poultry houses. The Supreme Court granted certiorari and, in *Terrell v. Payne*, 280 Ga. 51 (622 SE2d 330) (2005), reversed our decision. We therefore vacate our earlier opinion and adopt the judgment of the Supreme Court as our own.

*Judgment affirmed. Ruffin, C. J., and Adams, J., concur.*

DECIDED APRIL 7, 2006.

*Donald D. J. Stack, Jonathan L. Schwartz*, for appellants.
*Stewart, Melvin & Frost, J. Douglas Stewart*, for appellees.

---

[10] See id.